# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS JOHN OBORNY,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 83890

**FILED**

JUL 0 1 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY____S.Young____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Respondent has filed a notice of non-opposition or alternatively motion for enlargement of time. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

22-20856

cc: Hon. Connie J. Steinheimer, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk